## VAN METER v. WALLACE.

No. 23936.　March 5, 1935.

Harlan Deupree, Municipal Counselor, for plaintiff in error.

Dudley, Hyde, Duvall & Dudley, for defendant in error.

PER CURIAM. Upon review of the rec-

ord herein, it appears that applicant for a drilling permit, Robert A. Wallace, was not in possession of the lands on which he sought such permit, and that said lands were held adversely to him. The action of the court in granting said permit was therefore erroneous.

The judgment of the trial court is reversed, with directions to dismiss said proceeding.